[No. 68878-2-I.   Division One.   March 31, 2014.]

REPUBLIC CREDIT ONE, LP, *Appellant*, v. QUEEN ANNE BUILDERS, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-32517-2, Barbara Linde, J., entered May 11, 2012. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Appelwick and Lau, JJ.

[Nos. 69003-5-I; 69700-5-I.   Division One.   March 31, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL T. PIGOTT, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 12-8-00040-1, J. Wesley Saint Clair, J., entered June 28, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Schindler, JJ. Now published at 181 Wn. App. 247.

[No. 69143-1-I.   Division One.   March 31, 2014.]

BRUCE PLEASANT ET AL., *Appellants*, v. REGENCE BLUE SHIELD, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-06336-4, Mary Yu, J., entered July 13, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, A.C.J., and Dwyer, J. Now published at 181 Wn. App. 252.

[No. 69421-9-I.   Division One.   March 31, 2014.]

GAYLE TORGERSON, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-09575-4, Carol A. Schapira, J., entered September 14, 2012. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Grosse and Cox, JJ.